UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------X
UNITED STATES OF AMERICA,

           ORDER
           FOR ACCEPTANCE OF CASH BAIL

  -against-

Trevor Page

           Docket No. 21 CR 517 (KAM)
---------------------------------------------X

  Bail having been fixed by Hon. __Sanket Bulsara__, in the above entitled action in the amount of $ __600,000__ of which sum $ __75,000__ in cash is to be deposited with the Clerk of the Court.

  It is hereby ordered that the Clerk, United States District Court for the Eastern District of New York accept the said amount of $ __75,000__ when tendered on behalf of the above defendant.

  SO ORDERED.

Dated: Brooklyn, New York
    __5/21/2024__

                s/SJB
              UNITED STATES MAGISTRATE JUDGE
              Judge Sanket Bulsara

Receipt No. __100014763__
Money Deposited By: _
address & Telephone _